IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | 8:02CR374 |
| v. | ) | |
| ROBERT E. LILLARD, | ) | ORDER |
| Defendant. | ) | |

This matter is before the court on the defendant, Robert E. Lillard's ("Lillard"), motion for reduction of sentence pursuant to 18 U.S.C. § 3582 (C)(2), Filing No. 99. On May 11, 2004, Lillard was sentenced to one court of being a felon in the possession of a firearm in violation of 18 U.S.C. § 922 (g)(1). The recent changes to the sentencing guidelines do not apply to the crime to which this defendant was found guilty, and thus, the defendant's motion for sentence reduction is denied.

IT IS ORDERED, that Robert E. Lillard's motion for reduction of sentence pursuant to 18 U.S.C. § 3582 (C)(2) (Filing No. 99) is denied.

DATED this 19th day of June, 2008.

BY THE COURT:

s/ Joseph F. Bataillon
Chief United States District Judge